# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\*\*\*

| | |
|---|---|
| DONNA APOSTOLEC,<br><br>        Plaintiff,<br><br>vs.<br><br>TARGET CORPORATION, *et al.*,<br><br>        Defendants. | 2:16-cv-01184-JCM-VCF<br>**ORDER** |

Before the Court is the Joint Notice of Settlement and Request for Status Check (ECF No. 21).

Accordingly,

IT IS HEREBY ORDERED that this case is stayed until October 25, 2017.

IT IS FURTHER ORDERED that a status hearing is scheduled for 11:00 AM, October 25, 2017, in Courtroom 3D. The status hearing will be vacated if the proposed stipulation and order for dismissal is filed.

DATED this 25th day of August, 2017.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE